## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN,<br><br>       Plaintiff,<br><br>v.<br><br>PRO-SOURCE PERFORMANCE PRODUCTS, INC.,<br><br>       Defendant. | Case No. 1:22-cv-06086-JPO |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Lamar Brown hereby voluntarily dismisses with prejudice his claims against Defendant Pro-Source Performance Products, Inc.

Dated: May 17, 2023

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue Floor 5
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com
nickc@lcllp.com

R. Bruce Carlson
Ian M. Brown
CARLSON BROWN
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*